C-03-CV-26-004770
E-FILED; Baltimore County Circuit Court
Docket: 10/8/2026 4:51 PM; Submission: 10/8/2026 4:51 PM
Envelope: 28632044

# EXHIBIT 1

loanDepot

Document ID: DSM001-O

# Production Manager Compensation Plan
**(Effective 04/01/2024)**

Eligible Positions

Sr. Production Manager ("Production Manager" or "Employee")

Compensation

The Employee will be eligible to earn incentive compensation in addition to their base salary wage, in accordance with the terms defined in this Production Manager Compensation Plan ("Plan").

Measurement Period

The Measurement Period for incentive compensation is from the first calendar day to the last calendar day of the month. The bonus will be paid on the 10th of the following month. Pay dates falling on a holiday or weekend will be paid on the business day prior.

Incentive Compensation Pay

In accordance with the terms defined in this Plan, the Employee will be eligible to earn Incentive Compensation Pay at the end of each Measurement Period, as outlined in Sections 2-4 below, after all conditions precedent to earning Incentive Compensation Pay are satisfied. The Employee will be eligible to earn incentives based on the following components:

1. Team Bonus
2. Full Reconciliation
3. Funded Loan Adjustment

loanDepot

## SECTION 1: Definitions

For the purposes of this Agreement, the following definitions will apply:

i) Locked Loan: A loan in which the agreed upon interest rate has been guaranteed to the borrower for a specified period.
ii) Unlocked Loan: Loans that fall out of "Locked Loan" status.
iii) Lock Loan Cohort: Group of loans that achieve "Locked Loan" status during the same Measurement Period.
iv) Funded Loan: A Funded Loan is a residential mortgage loan that is originated in accordance with all applicable law and Company policies and procedures and that remains in "funded" status for a minimum of thirty (30) days.
v) Unfunded Loan: Any loan that does not remain in "Funded Loan" status for a minimum of thirty (30) days.
vi) Expected Close Ratio (ECR): Calculated percentage of Originated Loans that become Funded Loans. ECR is used to determine the probability of a loan funding based on capital market projections.
vii) MRSP: The estimated price at which the loan could be sold determined by Capital Markets.
viii) Pricing Exceptions (PE): A reduced price offered to the customer that is less than the base price in our system.
ix) HELOC Locked Loan: An application completed with a HELOC loan date.
x) Marketing Expense: Company estimated cost of transfers that are taken by the team.
xi) Corporate Allocation: Estimated fixed costs of sales team.
xii) OT & OTC: Overtime and overtime commission per employee worked during the measurement period.
xiii) Average Team Count: Average number of employees active on the team during the Measurement Period.
xiv) Average Team Count Multiplier: Average Team Count divided by 100.
xv) Market Multiplier: Discretionary multiplier set by management to account for market size and may vary based on management's estimate of future lock volume.

## SECTION 2: Team Bonus

Incentive compensation is based on Lock Revenue achieved during the Measurement Period. Once the Measurement Period ends, Lock Revenue is determined by adding the results of two calculations together: 1) the estimated MRSP minus Total PE multiplied by the target ECR, plus 2) HELOC MSRP multiplied by the HELOC ECR, as shown below.

Lock Revenue = ((MSRP – Total PE) * target ECR) + (HELOC MSRP * HELOC ECR)

Lock Revenue is further adjusted for Marketing Expense, Corporate Allocation, and OT & OTC to determine Net Revenue.

Net Revenue = Lock Revenue – Marketing Expense – Corporate Allocation – OT & OTC

The resulting Net Revenue is then used to calculate Net Revenue per Employee.

Net Revenue per Employee = Net Revenue / Average Team Count

Team Bonus is then determined by taking the Net Revenue per Employee and multiplying it by the

loanDepot

Average Team Count Multiplier and Market Multiplier[1].

Team Bonus = Net Revenue per Employee * Average Team Count Multiplier * Market Multiplier

An example of the calculation and payout is shown in Section 5 below.

**SECTION 3: Full Reconciliation**

Employee is eligible to earn a reconciliation bonus on their team's Lock Loan Cohort activity from the third calendar month preceding the current Measurement Period. At this point, the pipeline has sufficiently settled, and incentive compensation will be recalculated[2]. Recalculation results will be compared to the original calculation and the difference (positive or negative) will be reconciled on the next bonus payday.

For example, for the month of January, Full Reconciliation will be calculated at the beginning of May and added to the May 10th paycheck.

If Full Reconciliation results in a positive adjustment, Employee must be Actively Employed as a Production Manager by the Company on the date the adjustment is paid to earn the incentive compensation. If Employee transfers out of the Production Manager position or Employee's employment ends for any reason, whether voluntarily or involuntarily, before the adjustment is paid, Employee does not earn the adjustment and the Company does not owe Employee the adjustment. An example of the calculation and payout is shown in Section 5 below.

**SECTION 4: Funded Loan Adjustment**

Employee is eligible to earn a Funded Loan Adjustment if the Total Incentives[3] amount is less than $7,500 for the current Measurement Period. The Funded Loan Adjustment calculation is completed in accordance with the following terms:

The team's Funded Loans, up to a maximum of 75 loans, is multiplied by $100. If the result is less than Total Incentives, then Employee does not earn a Funded Loan Adjustment. If the result is greater than Total Incentives, then the difference between the result and Total Incentives is paid out to the Employee. An example of the calculation and payout is shown in Section 5 below.

---

[1] The Market Multiplier will be set by management and announced and distributed no later than five (5) business days after the end of the calendar month. They will be set based on varying market conditions. If no change is announced or distributed, Market Multiplier will carry over from the previous month.

[2] The target ECR and Market Multiplier set at the original time of calculation will not change and will be used for the recalculation.

[3] Total Incentives is equivalent to the Team Bonus plus Full Reconciliation amounts for the current Measurement Period.

loanDepot

## SECTION 5: Calculation Example

For illustrative purposes, this depicts an example of the April month-end calculation, payable on or around May 10th.

| Team Bonus (April Lock Loan Cohort) | |
|---|---|
| **Category** | **Amount** |
| Lock Loan Count | 185 |
| MSRP | $2,661,651.00 |
| Total PE | ($435,215.00) |
| | $2,226,436.00 |
| Target ECR | 40% |
| | **$890,574.40** |
| HELOC MSRP | $42,000.00 |
| HELOC ECR | 20% |
| | **$8,400.00** |
| Lock Revenue | **$898,974.40** |
| Marketing Expense | ($487,110.00) |
| Corporate Allocation | ($46,000.00) |
| OT & OTC Costs | ($26,085.60) |
| | ($559,195.60) |
| Net Revenue | **$339,778.80** |
| Average Team Count | 23 |
| Net Revenue Per Employee | **$14,772.99** |
| *Average Team Count Multiplier* | *23%* |
| *Market Multiplier* | *5* |
| **Team Bonus** | **$16,988.94** |

loanDepot

| Full Reconciliation (January Lock Loan Cohort) | |
|---|---|
| Original Team Bonus paid in January | $17,425.00 |
| Recalculated Team Bonus | $15,000.00 |
| **Full Reconciliation (True-Up) Adjustment** | ($2,425.00) |

| Funded Loan Adjustment (April Team Fundings) | |
|---|---|
| Team's Funded Loan Count | 83 |
| Team Bonus (April) | $16,988.94 |
| Full Reconciliation (True-Up) | ($2,425.00) |
| Total Incentives | $14,563.94 |
| Team's Funded Loans x $100 (75-unit cap) | $7,500.00 |
| **Funded Loan Adjustment*** | **$0.00** |

**No further adjustment required as Total Incentives exceed $7,500.00.*

| Summary of Incentive Compensation Pay | |
|---|---|
| Total Incentives | $14,563.94 |
| Funded Loan Adjustment | $0.00 |
| **Total Incentive Compensation Pay** | **$14,563.94** |

loanDepot

## SECTION 6: General Provisions

This Plan is effective as of April 1, 2024, but may be changed, abandoned or altered at the sole discretion of the Company. It replaces any previous compensation plans, which are hereby cancelled, null, and void effective immediately.

Any wages, commissions, guarantees, and bonuses paid are subject to applicable State and Federal taxes. All payouts under the plan are contingent upon continued employment as an active Production Manager, in good standing.

## SECTION 7: Plan Terms

Incentive Compensation Eligibility
The Company determines the loans as to which Employee is eligible to receive incentive compensation and the number of Locked Loans in that Measurement Period (which may not include any loans originated by Licensed Lending Officers that are not assigned to Employee's team at the end of the Measurement Period). To earn incentive compensation, Employee must be Actively Employed during the incentive compensation Measurement Period and at the time of payout. "Actively Employed" means Employee is currently employed by loanDepot, actively managing Licensed Lending Officers ("LLOs"), and who is not on a leave of absence. The end of the monthly Measurement Period calculation of Incentive Compensation Pay is a necessary condition precedent in determining Incentive Compensation Pay earned and owed.

Incentive compensation is not earned until: (1) all conditions precedent for eligibility for incentives under the terms of the Plan have been met; (2) all conditions precedent set out in the RITs have been met; (3) all information necessary to calculate and verify eligibility for an incentive has been received by Company and the calculations have been performed; and (4) the Measurement Period has concluded. The applicable "Measurement Period" is the period of time (i.e., quarterly, monthly, etc.) used to calculate the incentive and/or on which incentives are awarded. Measurement Periods are described in the RITs, based on the incentives available to a role. In some instances, the Company may pay anticipated incentives before all conditions precedent are met. In any such case, the payment is a draw or advance on anticipated earnings and not actual wages and is subject to reconciliation (i.e., a true-up/chargeback) based on actual results.

Loan Quality/Compliance
Loans that are obtained, procured, originated, sourced, or funded through fraud or misconduct or in a manner that is inconsistent with the Company's policies specific to loan origination quality and compliance will not be eligible or considered for purposes of calculating any potential incentive compensation under the Plan. This term is not intended to limit any further action to address such issues by the Company, including disqualification of a Participant from participation in this Plan, and possible disciplinary action, up to and including termination of employment.

Advances and Chargebacks
Any incentive compensation payments received by Employee from loanDepot prior to the incentive compensation being earned constitutes an advance payment subject to charge-back by loanDepot. Employee agrees that loanDepot can charge back advanced incentive compensation payments from final paycheck (including accrued vacation due at the time of termination), future incentive compensation, or other compensation, as allowed by applicable law. If applicable, in the event of a charge-back,

loanDepot

adjustments will be made at the next Measurement Period and/or Reconciliation pay cycle to reconcile the discrepancy and achieve appropriate payment. If Employee's employment ends prior to full repayment of the advance, then the amount outstanding becomes due and payable in full at the time of termination and Employee agrees such outstanding amount can be deducted from employee's final paycheck as permitted by applicable law.

For a period of up to sixty (60) days after the end of Employee's employment (whether voluntary or involuntary), loanDepot reserves the right to charge back from Employee any incentive compensation advanced, not yet earned, and subject to charge-back. In such instances, Employee must pay all advanced, and not yet earned incentive compensation amounts within fifteen (15) calendar days from the date Employee is notified by loanDepot that a charge back has occurred.

Termination
Upon Employee's voluntary or involuntary termination of employment, for any reason, the leads, applications, and loans that are not locked in the pipelines of the Licensed Lending Officers previously supervised by Employee will be reassigned to another Production Manager for completion or to an internal department for resolution. In such instances, Employee will not be eligible for and will not be paid any incentive compensation on any loans that become Locked Loans or any incentive compensation that would otherwise have been scheduled to be paid after Employee's termination of employment. Furthermore, all such leads, applications, and loans are and remain the sole and exclusive property of loanDepot.

Withholding and Deductions
All compensation payable to a Participant pursuant to this Plan shall be subject to such withholding and deductions by the Company as required by law.

Review and Correction of Incentives
All incentive payments made under the Plan are subject to review and approval by the Company. Any correction, and the manner in which it is addressed, shall be at the sole discretion of the Company.

**SECTION 8: Miscellaneous Terms**

**GOVERNING LAW** This Plan shall be governed, construed, and enforced in accordance with the laws of the state where Employee is employed.

**SEVERABILITY** Should any of the provisions in this Agreement be declared or be determined to be illegal or invalid, all remaining parts, terms, or provisions shall be valid, and the illegal or invalid portion or provision shall be deemed not to be a part of this Plan.

**ENTIRE AGREEMENT** Employee and loanDepot agree that this Plan is the sole and entire agreement between Employee and the Company as to the matters described herein and that it supersedes any prior or contemporaneous agreements or understandings as to the matters described herein. This Agreement does not supersede any other agreement(s) Employee may have with loanDepot unrelated to the subject matter of this Agreement except where any portion of such other agreement conflicts with this Agreement.

loanDepot®

**MODIFICATIONS** This Agreement can only be modified or canceled by a writing signed by Employee and an executive of loanDepot at the level of Executive Vice President or higher. Any waiver of a provision of this Agreement must be expressly given in a writing signed by the parties and the failure to enforce any provision of this Agreement will not constitute a waiver of its provisions.

**AT-WILL EMPLOYMENT** This Agreement is not and shall not be construed as a contract for employment for a specified term. This Agreement is limited to the subject matter as described in this Plan. Employment with loanDepot is at-will, meaning that Employee and loanDepot may terminate Employee's employment at any time, with or without cause and with or without advance notice.

RECEIPT & ACKNOWLEDGEMENT

By signing this document, I understand that I am acknowledging that I have received, reviewed, and accept the terms of the Plan. I confirm that I have had the opportunity to consult with legal counsel of my choice and/or other persons to the full extent desired before signing this Plan. I confirm that I have been given a reasonable time to review and consider the Plan and enter the Plan of my own free choice. I also understand and agree that the Company may change, modify, amend, or terminate the Plan at any time at its sole discretion. I understand that this Plan does not constitute a guarantee or contract of employment, and nothing in it should be construed to limit or change the at-will employment relationship between the Company and myself, which may be terminated at any time, with or without cause or notice, by me or the Company.

IF EMPLOYEE HAS ANY QUESTIONS REGARDING THESE TERMS, PLEASE CONTACT IncentiveComp@loandepot.com

______________________________ ______________
Employee Signature Date

______________________________
Print Name

*Andrew Nguyen* 04/01/2024
______________________________ ______________
Company Representative Date

Andrew Nguyen
______________________________
Print Name