# EXHIBIT 3

Ellen R. Boyd
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006
202.886.5260
eboyd@mitchellsandler.com

***Attorneys for Plaintiff***
***West Capital Lending, Inc.***

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEST CAPITAL LENDING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LOANDEPOT.COM, LLC,<br><br>Defendant. | Civil Action No.<br><br>**DECLARATION OF KYLE FLEEGER** |

I, Kyle Fleeger, am over the age of 18 and competent to testify to the following, all of which are within my personal knowledge:

1. I started my employment with loanDepot in August 2016 and worked there until November 2025. My most recent position was Vice President of Direct Lending. Throughout my tenure at loanDepot, I directly and indirectly supervised production managers. Additionally, several years ago, I served as a production manager for a short period.

2. Production Managers are responsible for driving their teams' sales by coaching loan officers, communicating with customers, and serving as a second voice on sales calls. If a loan officer is having problems closing a sale, they escalate the call to a production manager, who then acts as a second voice on the sales call, reinforcing the loan officer's position, communicating with the customer, and reviewing the customer's profile and application to determine whether to provide any discounts in loan terms, accept customers' requests on terms, and generally negotiate the terms of the loan with the customer. In these efforts, production managers typically review not only the loan application but also the customer's entire loan file to understand their profile.

3. Production Managers also fill in for loan officers from time to time for example if a customer calls in when a loan officer is not available or the only time convenient for a customer does not work with a loan officer's schedule. In those cases, a production manager will help complete the loan application from the loan officer's loan portal for the loan officer and e-sign the loan officer's name to the application.

4. Production managers also have to restructure loans, reviewing the terms and conditions and modifying them when problems arise. In these cases, Production Managers review the entire file and loan application, modifying the

terms as needed to allow the loan to proceed, essentially presenting the revised loan terms to the customer.

5. My understanding from Alex Madonna, Executive Vice President, and other high-level executives was that Production Managers did not require a license because they were not the assigned loan officers on the file. I was advised that this was approved by compliance and legal within loanDepot.

6. In fact, in 2024, Alex Madonna made the decision to stop renewing licenses for Production Managers to save money on licensing renewal costs. I believe executives Jeff Walsh and Frank Martell were also involved in the decision to stop renewing Production Managers' licenses.

7. loanDepot maintained a no steering policy, and loan officers would tell customers that they were not compensated based on the terms of their loan because of that policy. However, Production Managers' pay was affected by the amount of revenue their teams generated on the loans the teams originated. As such, Production Managers' pay was affected by the terms of loans they sold and assisted loan officers in selling to customers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Kyle Fleeger
Kyle Fleeger (Feb 18, 2026 10:32:46 MST)

Kyle Fleeger_