# EXHIBIT 4

Ellen R. Boyd
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006
202.886.5260
eboyd@mitchellsandler.com

***Attorneys for Plaintiff***
***West Capital Lending, Inc.***

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEST CAPITAL LENDING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LOANDEPOT.COM, LLC,<br><br>Defendant. | Civil Action No.<br><br>**DECLARATION OF ENRIQUE COTTO** |

I, Enrique Cotto, am over the age of 18 and competent to testify to the following, all of which are within my personal knowledge:

1. I started my employment with loanDepot in 2019 as a Loan Officer and remained in that position until January of 2026. At various times I reported to Dave Epstein, Brandon Stein, and Scott Kirkeby, all of whom were Senior Production Managers.

2. At various times throughout my employment, I was offered the position of Production Manager, at which time loanDepot managers explained the duties and outlined the compensation involved in the position.

3. From my observations, interactions with Production Managers, and having been described the job when it was offered to me. I am aware of the duties of Senior Production Manager. These involve regularly calling customers to engage in second-level sales, meaning Production Managers follow up with customers who have spoken with a loan officer and are either not ready to move forward, want to further negotiate rates, or have some other objections. Production Managers negotiate rates, fees and terms of a loan, structure loans, and address problems that may require changes to a terms or conditions midstream.

4. Production Managers also coach their teams of loan officers, make recommendations or approve pricing exceptions, and encourage loan officers under their supervision to close loans without giving discounts or reductions on rates or fees.

5. Production Managers' pay is affected by the amount of concessions given to the rates and fees given to customers. Though I do not know all the details of Production Managers' compensation, I am aware it is affected by the rates and fees charged to customers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Enrique Cotto
Enrique Cotto (Feb 17, 2026 10:20:58 MST)

Enrique Cotto